UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                      :
JUAN ROMAN,                              :
                     Plaintiff,                :
                   -against-                  :          21 Civ. 5478 (LGS)
                                                     :
ALETTO JEWELERS, INC.,                    :                  <u>ORDER</u>
                                                     :
                    Defendant.             :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an initial conference is scheduled for August 26, 2021.  (Dkt. No. 7);

      WHEREAS, Plaintiff has served Defendant on June 25, 2021, and Defendant's Answer was due July 16, 2021;

      WHEREAS, Plaintiff has requested adjournment of the initial conference dated August 26, 2021, at 10:30 A.M.  (Dkt. No. 8).  It is hereby

      **ORDERED** that the initial conference scheduled for August 26, 2021, at 10:30 A.M. is adjourned to **September 23, 2021, at 10:30 A.M**.  It is further

      **ORDERED** that if Plaintiff has been in communication with Defendant, then the parties shall file the joint letter and proposed case management plan by **September 16, 2021**.  If Plaintiff has not been in communication with Defendant, by **September 16, 2021**, Plaintiff shall file a status letter (1) proposing a deadline by which to move for default judgment against Defendant pursuant to this Court's Individual Rules and (2) requesting adjournment of the initial conference.

Dated: August 16, 2021
New York, New York

                                                               LORNA G. SCHOFIELD
                                                       **UNITED STATES DISTRICT JUDGE**